```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA


COMPLETE PROPERTY RESOURCES, L.L.C.                    CIVIL ACTION

VERSUS                                                 No. 04-3267

CITY OF NEW ORLEANS, et al.                            SECTION I/2
```

### ORDER AND REASONS

Before the Court are plaintiff Complete Property Resources, LLC's objections to the magistrate judge's discovery order granting in part and denying in part plaintiff's motion to compel.[1]  Plaintiff objects to U.S. Magistrate Judge Wilkinson's August 15, 2005, order only to the extent that its motion to compel was denied.  For the following reasons, plaintiff's objections are denied.

Magistrate Judge Wilkinson's ruling was a decision on a non-dispositive pre-trial discovery matter.  This Court may modify or set aside a magistrate's order only if it is clearly erroneous or

---

[1] Rec. Doc. No. 55.

contrary to law.  *See* Fed. R. Civ. P. 72(a).[2]  Plaintiff's objections relate to interrogatories 7, 8, and 9; interrogatories 16 and 17 and requests for production 16 and 17; and requests for production 18, 19, and 20.  After considering the record and the arguments of the parties, the Court concludes that the magistrate judge's order denying plaintiff's discovery requests was not clearly erroneous or contrary to law.  Accordingly,

**IT IS ORDERED** that plaintiff's objections to the discovery order are **DENIED** and the United State Magistrate Judge is **AFFIRMED.**

New Orleans, Louisiana, January  12th , 2006.

_____
LANCE M. AFRICK
**UNITED STATES DISTRICT JUDGE**

---

[2] Rule 72(a) of the Federal Rules of Civil Procedure addresses nondispositive pretrial matters and states:
> A magistrate judge to whom a pretrial matter not dispositive of a claim or defense of a party is referred to hear and determine shall promptly conduct such proceedings as are required and when appropriate enter into the record a written order setting forth the disposition of the matter. Within 10 days after being served with a copy of the magistrate judge's order, a party may serve and file objections to the order; a party may not thereafter assign as error a defect in the magistrate judge's order to which objection was not timely made.  The district judge to whom the case is assigned shall consider such objections and *shall modify or set aside any portion of the magistrate judge's order found to be clearly erroneous or contrary to law.*

Fed. R. Civ. P. 72(a) (emphasis added).